IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER YANCEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number CIV-10-534-C |
| | ) | |
| TIMOTHY THOMAS and TAMMY THOMAS, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM OPINION AND ORDER**

Plaintiff objects to the decision of the Magistrate Judge denying his request to proceed in forma pauperis. After review of Plaintiff's Application and consideration of the financial resources listed therein, as well as the more complete information contained in counsel's brief, the Court finds Plaintiff is financially unable to prepay the fees, costs or give security therefor of said proceeding.

The Court hereby GRANTS Plaintiff's Application to Proceed In Forma Pauperis (Dkt. No. 3). Plaintiff shall be allowed to proceed in this matter without prepayment of cost or fees or the necessity of giving security therefor.

IT IS SO ORDERED this 9th day of June, 2010.

_____
ROBIN J. CAUTHRON
United States District Judge